# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

LUIS ANGEL SALAMAN

- PLAINTIFF -

US.

CITY OF NEW HAVEN CONN., CITY OF
NEW HAVEN CONN. POLICE DEPT., CHIEF
OF POLICE ANTHONY CAMPBELL, OFFICER
JAMES MURCKO, OFFICER JOSEPH
GALVAN, OFFICER GARRY MONK,
DETECTIVE LUIS LOPEZ, SERGEANT
SEAN MAHER, SERGEANT ROSE DELL,
SERGEANT CARLOS MALDONADO,
LIEUTENANT RACHEAL CAIN,
STATES ATTORNEY'S OFFICE,
individually and in their
official capacities.

- DEFENDANTS -

COMPLAINT

CIVIL ACTION NO. 3:19 cv 577 mps

DATE April, 8th, 2019

## JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C. Sec. 1983 to redress the deprivation, under color of state law, or

(1)

rights secured by the constitution of the united states. the
court has jurisdiction under 28 u.s.c. Sec. 1331 and
1343 (a)(3). the Plaintiff, Luis Angel Salaman Seeks declaratory
relief pursuant to 28 u.s.c Sec. 2201 and 2202. the
plaintiff, Luis Angel Salaman claim's for injunctive relief are
authorized by 28 u.s.c Sec. 2283 and 2284 and Rule
65 of the federal rules of civil proceduce.

2. the city of New Haven, conn. is an appropriate venue
under 28 u.s.c Sec. 1391(b)(2) because it is where
the events giving rise to this claim occurred.

3. the Plaintiff, Luis Angel Salaman is and was at all times
mentioned herein a citizen of the united States and a
resident of the city of New Haven, conn. and is now a
prisoner of the state of conn. in the custody of the conn.
Dept. of corrections. the Plaintiff, Luis Angel Salaman is
currently confined in the Corrigan corr. inst. at
986 Norwich-New London Tpke. uncasville, conn. 06382

4. Defendant, City of New Haven, conn. is the employer of all
said named defendants in this complaint and is legally
responsible for the over all operation of the city of New
Haven, conn. police Dept. and its employees and each
institution under its jurisdiction, including the city

(2)

of New Haven Conn. Police Dept. at 1 Union Ave. New Haven, Conn. 06519.

5. Defendant, City of New Haven Conn. Police Dept. Its a municipality that is directly responsible for its Dept. Policy and or customs as well as the welfare of the public. this municipality is also legally responsible for its employees / subordinates misconducts.

6. Defendant, Chief of police Anthony Campbell, is the Superintendent of the city of New Haven conn. Police Dept. he is legally responsible for the operation of the city of New Haven conn. Police Dept., its employees/subordinates and the welfare of the public.

7. Defendant, officer James Murcko, is a police officer, of the city of New Haven, conn. police Dept. Who at all times mentioned in this complaint held the rank of patrol officer and was assigned to the city of New Haven, Conn. Police Dept. at 1 Union Ave. New Haven CT 06519

8 Defendant, Joseph Galvan, is a police officer, of the city of New Haven, conn. police Dept. who at all times mentioned in this complaint held the rank of patrol officer and was assigned to the crime suppression

③

unit of the city of New Haven, conn. police Dept. at 1 union Ave. New Haven conn 06519

9. Defendant, Garry monk, is a poisce officer, of the city of New Haven, conn. police Dept. who, at all times mentioned in this complaint held the rank of patrol officer and was assigned to the crime suppression unit of the city of New Haven, conn. police Dept. at 1 union Ave. New Haven, conn. 06519

10. Defendant, Luis Lopez, is a poisce officer, of the city of New Haven, conn. police Dept. who, at all times mentioned in this complaint, held the rank of patrol officer and was assigned to the D.E.A. task force, for the city of New Haven, conn. police Dept. at 1 union Ave. New Haven conn. 06519

11. Defendant, Sean maher, is a police officer of the city of New Haven, conn. police Dept. who, at all times mentioned in this complaint held the rank of sergeant and was assigned to supervise district 3 for the city of New Haven conn. which is where the incident complained about occured. and is legally responsible for his subordinates misconducts.

$\textcircled{4}$

12. Defendant, Rose Dell, is a police officer of the city of New Haven, conn. police Dept. who, at all times mentioned in this complaint held the rank of Sergeant and was assigned to utilize traffic camera footage for accident reconstruction investigations. for the city of New Haven, conn. police Dept. at 1 union Ave. New Haven, conn. 06519

13. Defendant, Carlos maldonado, is a police officer of the city of New Haven, conn. police Dept. who at all times mentioned in this complaint held the rank of Sergeant and was assigned to the internal affairs unit of the city of New Haven, conn. police Dept. and is legally responsible for investigating civilian complaints made to the internal affairs unit by civilians and the public at 1 union Ave. New Haven, conn. 06519

14. Defendant, Racheal cabn, is a police officer of the city of New Haven, conn. police Dept. who at all times mentioned in this complaint held the rank of Lieutenant and (O.I.C.) officer in charge of the internal affairs unit and is legally responsible for the operation of the internal affairs unit and its subordinates misconducts at 1 union Ave. New Haven, coon. 06519

15. Defendant, States Attorneys office of the
State of Conn. who at all times mentioned
in this Complaint held the rank of the
States Attorney's Investigations office/unit
for the State of Conn. at 235 Church
Street New Haven, Conn. 06510 and
is legally responsible for conducting
an adequate investigation(s) a the
gathering of all physical evidence
in their Present form as a matter
of law in all criminal and civil cases.

16. each defendant is Sued individually
and in his and her official capacity.
at all times mentioned in this
complaint each defendant acted
under the color of State law.

(6)

## FACTS

17. On April 22nd, 2016 at about 7:00pm or so the plaintiff, Luis Angel
Salaman was traveling west on Putnam Street in New Haven Conn.
the plaintiff, Luis Angel Salaman came to a full stop at the stop
sign on Howard Avenue and Putnam Street. and could see
on his left hand side a marked New Haven police car #52
of defendant, officer James Murcko backed into the front
driveway of 525 Howard Avenue of the New Haven fire
Dept. the plaintiff, Luis Angel Salaman put on his right turn
single light and made a right hand turn onto Howard Ave.
and then another right hand turn onto Carlisle Street.

18. While traveling west on Carlisle street towards Liberty St.
where the plaintiff, Luis Angel Salaman lives at, the plaintiff,
Luis Angel Salaman notice that New Haven police car #52
driven by defendant, James Murcko was at this time behind
him driving very close to the plaintiff, Luis Angel Salaman's
red 2003 Saab 93 as the plaintiff, Luis Angel Salaman
continues to drive west on Carlisle street towards
Liberty street. he notice there is no parking for him to
park so he makes a right hand turn from Carlisle
street, onto Liberty Street at this time New Haven police
car #52 is still driving close behind the Plaintiff, Luis Angel
Salaman red Saab.

19.   as the plaintiff, Luis Angel Salaman turned onto Libberty Street
there was nowhere to Park. So he kept on driving at which
time the New Haven police car #52 driven by Defendant, James
Murcko activated his police lights and sirens. the Plaintiff,
Luis Angel Salaman pulled over to the right hand side of Libberty
Street Just before union Avenue. after sitting there for about (3)
to (4) minutes the Plaintiff, Luis Salaman notice that no one was
getting out of New Haven police car #52 of Defendant James Murcko.
then the Plaintiff, Luis Angel Salaman noticed another New Haven
police car #33 traveling at a high rate of Speed coming from
Spring Street towards union Avenue and Libberty Street with
police lights activated and Sirens on.

20.   at this time the plaintiff, Luis Angel Salaman felt Some thing was
not right and became worried because he knew he had not done
anything wrong for the New Haven Police to be Stopping him and
acting in the manner that New Haven police car #33 driven by
defendants, officer Garry monk and officer Joseph Galvin did
they were going to turn up the one way Street on Libberty
Street from union Avenue the direction they were coming from.
the defendants, officers, Garry monk, Joseph Galvan and James
Murcko, where treating this motor Vehicle Stop as if I had
Just committed a major felony crime or some thing at that
moment the Plaintiff, Luis Angel Salaman did not feel Safe
and Started to fear for his Safety and that Some thing bad was going to happen.

21. As the Plaintiff, Luis Angel Salaman Sat there in fear for his Safety, he Sped off in fear that he was going to be attacked and hurt by defendants, officers Garry monk, Joseph Galuan and James marcko. As the Plaintiff, Luis angel Salaman Suffers from P.T.S.D. from being assaulted by New Haven police in the Past. the Plaintiff, Luis Angel Salaman turned left onto union Avenue from Libberty Street, the a right onto the Church Street south extension Bridge from union avenue. once at the bottom of the Church Street South extension bridge the Plaintiff, Luis Angel Salaman made a right hand turn onto Sargent drive and noticed that his red Saab was slowing down and Smoking from the hood. So he stayed on the right lane of travel on sargent drive facing South.

22. At this time the Plaintiff, Luis Angel Salaman notice that Car #33 of the New Haven police that was being driven by defendants, Garry monk and Joseph Galuan was reclessly driving next to his red Saab. the Plaintiff, Luis Angel Salaman his car was braking down and let the red Saab roll into a parked Possition on the right hand lane Shoulder on Sargent drive Southbound behind a white civilian S.u.V. then came to a full stop behind this civilian white S.u.V. and notice that New Haven police car #33 driven by defendants, officers, Garry monk and Joseph Galuan parked next to the red Saab with Sirens and lights on in the middle of the road and at this time the defendants, officers, Garry monk, and Joseph Galuan Just Sat there.

23. At this time the Plaintiff, Luis Angel Salaman can see that both defendants, officers, Garry Monk and Joseph Galvan were not getting out of New Haven police car #33 and were just sitting there. and Suddenly out of no where without any type of warning, defendant, James Murcko in New Haven police car #52, reclessly and violently crashed into the rear of the plaintiff, Luis Angel Salaman red Saab that was already parked and broken down, causing the red Saab to go in between New Haven police car #33 of defendants, officers Garry Monk, Joseph Galvan and the civilian white suv, in front of him into on coming traffic on the left hand lane, on sargent drive.

24. As the Plaintiff, Luis Angel Salaman red Saab rolled into on coming traffic after being violently hit from behind by car #52 driven by defendant, officer James Murcko, the plaintiff, Luis Angel Salaman started to fear even more that defendant, officer James Murcko was trying to kill him because, the defendant, officer James murcko now at this time also drove New Haven police car #52 behind the Plaintiff, Luis Angel Salaman red Saab on the wrong side of the road on sargent drive where on coming traffic was coming at both the Plaintiff, Luis Angel Salaman and defendant James Murcko where defendant James murcko continued to violantly crash New Haven police car #52 into the rear of the Plaintiff, Luis Angel Salaman red Saab causing him to go into more on coming traffic on the wrong side of the road.

(10)

25. at this point and time the plaintiff, Luis Angel Salaman was in shock as to whats going on and fear that he was going to be killed by defendant, officer James murcko. the plaintiff, Luis Angel Salaman red Saab was at this time Shut off due to no gas, the red Saab Was smoking, leaking fluids and unoperable and had to Sit there in the red Saab while defendant, officer James murcko recklessly and violently crashed into him into this on coming traffic on Sargent drive. the plaintiff, Luis Angel Salaman and the defendant, officer James murcko are Still on the wrong Side of the road and noticed that New Haven Police car #33 driven by defendants, officers Garry monk and Joseph Galvan were passing the red Saab as defendant James murcko continued to violently crash into him.

26. at this time the plaintiff, Luis Angel Salaman could see the on coming traffic moving out of the way and driving into the wrong Side of the road to get out of harms way at this point defendant, officer James murcko in car #52 continued to crash into the rear of the red Saab into even more on coming traffic causing the red Saab to pass the on romp to I95 South and Just before the red Saab rolled it Self after being violently hit from behind by defendant, officer James murcko and it could reach the inter section of Sargent drive and long wharf drive the defendant, officer James murcko violently crashed into the rear left Side of the red Saab causing it to spin

27.  out of controle around the corner of the inter section of
     Sargent drive and long wharf drive at this point the red
     Saab landed on long wharf drive almost hitting more on
     coming traffic and came to a stop. at this time the
     plaintiff, Luis Angel Salaman was ordered out of the
     red Saab at gun point by defendants Joseph Galvan
     and Garry monk once out the red Saab the plaintiff,
     Luis Angel Salaman layed face down on the ground
     and was hand cuffed by defendant Joseph Galvan
     and searched and placed in New Haven police car #52
     of defendant, James murcko. at this point the plaintiff,
     was in alot of pain his chest, back and neck was
     hurting and he could not breathe.

28.  the plaintiff, Luis Angel Salaman told an officer John doe
     that he was in pain and could not breathe at all, and
     I could hear John doe talking to some one stating that
     I was complaining of being in pain and could not breathe
     at this time the back door to police car #52 opened up
     and I could see defendant, officer James murcko
     saying I should mase you, you mother fucker and
     shut the door, then he opens his driver side door and
     shuts all the car windows in the police car #52 causing
     the plaintiff, Luis Angel Salaman to not be able to breathe
     and get light headed.

(12)

29. at this point Im not feeling to well and kept tell officer John doe Im not feeling to well. and then I notice the (AmR) was there opening up the back door to police car #52 that the Plaintiff, was setting in, to check on him the Plaintiff, Luis Angel Salaman was asked by (AmR) John doe whats going on with him and the Plaintiff, Luis Angel Salaman stated he could not breathe, his neck and back along with his chest was hurting and was in a lot of pain. So at this time the (AmR) John doe tell him to hang on he well be back, So he closed the door and opend the driver side of police car #52 and cracked the windows a little so that the Plaintiff, Luis Angel Salaman could breathe a little better.

30. at this time defendant, officer James murcko opened the driver car door of police car #52 and again put all the windows all the way back up and closed them. and the (AmR) John doe open the driver side door again to car #52 and opened the windows again at this point I could hear defendant, officer James Murcko state dont touch the windows again to (AmR) John doe. then (AmR) John doe said well we are taking him get him out of the police car. So at this point defendant, officer James murcko became very upset and opened the back door to police car #52 and stated get out the car.

31.   at this time defendant, officer James murcko walked the Plantiff, Luis Angel Salaman to the inter section of Sargent drive and long wharf drive right on the corner and stopped the Plantiff, Luis Angel Salaman in front of defendant, Sgt. Sean maher, defendant, officer James murcko than began to search the Plantiff, Luis Angel Salaman a scond time and while he searched him the defendant, officer James murcko grabbed the Plantiff, Luis Angel Salaman testicals so hard and squeezing them so hard it caused him to cry out laid in pain as defendant, officer James murcko said whats this the Plantiff, Luis Angel Salaman stated why you doing this you can't touch me there at all and defendant, James Murcko stated shut the fuck up and told the (AMR) John doe to take him.

32.   defendant, officer James murcko did this all in front of defendant, Sgt. Sean mehar who fail to intervene and stop defendant, officer James murcko from sexually assaulting the Plantiff, Luis Angel Salaman or even reporting it. he just sat there when asked did he see that with his hands crossed and not saying anything to the Plantiff, Luis Angel Salaman or the defendant, James murcko. the Plantiff, Luis Angel Salaman felt violated and was now in even more pain from defendant, officer James murcko squeezing his testireals the way he did for no reason at all.

(14)

33    the Plaintiff, Luis Angel Salaman, was then taken to Yale New Haven hospital at 20 york Street New Haven CT 06519 Via ambulance from the scene. after being evaluated and treated the Plaintiff, Luis Angel Salaman, was shortly thereafter transported to Police Detention at Union Ave. New Haven CT 06519 for Processing and then released on bail and at that time the Plaintiff, Luis Angel Salaman, went to get the red Saab out of the tow yard at 267 Kimberly Ave. New Haven, CT 06519 the red Saab had to be towed to a friends house once the red Saab was towed to the friends house the Plaintiff, Luis Angel Salaman, notice all the damage that was caused to it by the defendant, officer James murcko, and took Photos of all the damage done to it.

34    . on April 25th, 2016 the Plaintiff, Luis Angel Salaman went to the New Haven Police Dept. to obtain copies of his police report of the incident on April 22nd, 2016 and was given a 10 page police report that was filed by Defendant, officer Joseph Galvan on case # 16-019869 but was missing pages 11 and 12 the Case Supplemental report of the Defendant, officer James murcko. at this time the Plaintiff, Luis Angel Salaman, started to read the police report filed by Defendant, officer Joseph Galvan and notice that Defendant, officer Joseph Galvan was not being truthful in his 10 page police report filed on 4-22-16

35.  . on page 3 of the defendant, officer Joseph Galvan police report he
      stated on on Sargent drive, the Saab was on the far right lane
      traveling Southbound towards the intersection of long Wharf
      drive. then stated that defendant, officer Garry monk
      positioned the marked police cruiser #33 on the center
      lane as they made a right onto Sargent drive, also
      traveling Southbound, and that it should be noted at
      that time, the Saab had reduced its speed. then said
      the Saab increased speeds and slowed down rapidly
      many times in a short period of time, that it was
      his belief the operator of the Saab soon after identified
      as the plaintiff, Luis Angel Salaman D.O.B. was doing
      this to attempt to go around the marked police cruiser
      #33 to enter the entrace of the on ramp on I 95 Southbound

36.  . which was across the northbound lanes of Sargent drive.
      that the plaintiff, Luis angel Salaman was unable to maneuver
      the red Saab around his police cruiser, so it continued
      straight Southbound on Sargent drive towards the
      intersection of Long wharf drive. then he went on to state
      that it should be noted, while on Sargent drive, the
      plaintiff, Luis angel Salaman, reclessly maneuvered the
      Saab in and out of traffic causing several vehicles
      to come to an abrupt stop in the middle of the road.
      then he states once passed the entrance to the I 95
      South on ramp.

37.    . that the plaintiff, Luis Angel Salaman maneuvered the Saab behind his police vehicle cruiser #33 in an attempt to go against traffic onto the northbound lanes of Sargent drive. the stated during this maneuver, the plaintiff, Luis Angel Salaman's vehicle struck officer murcko's police cruiser car #52 at this time I knew that this officer defendant, Joseph Galvan was not being truthful and needed to find a way to prove it, because it did not happened the way he wrote it in his report and I remembered that all up and down on Sargent drive and long wharf drive there are traffic cameras all around and on near by businesses.

38.  on April 29th 2016 The plaintiff, Luis Angel Salaman went to the G.A. 23 Superior court before the Honorable Philip Scarpellino, Judge at this court hearing told the plaintiff, Luis Angel Salaman that this case was being transferred to the Y docket in the part A. Superior court because he the plaintiff, was on firm Jury over there. Which was true the plaintiff, Luis Angel Salaman was on firm Jury over in part A. Superior court due to a fabricated case by the defendant, officer Luis Lopez against him from 2014 that was already pending. the court asked the plaintiff, Luis Angel Salaman, when was his next court date and he stated December 2020 list.

39.  . at this time the plaintiff, Luis Angel Salaman, asked the court can he request for two verbal motions there before it goes over to the Part A. Superior court. the court asked what was the motions for(?) the Plaintiff, Luis Angel Salaman Stated a motion for discovery and a motion to Preserve Video Tapes cause the cops crashed him. and the court Stated okay he will enter the motion to Preserve any Videotapes related to this incident, then the court asked what was the other motion and the Plaintiff, Luis Angel Salaman Stated a motion for discovery, and then Stated, well at least to preserve, he can deal With the discovery later.

40.  then the Plaintiff, Luis Angel Salaman I Just want to preserve the Videotape, then the court Stated that the Videotape is preserve and then the discovery motion, you can make across the street. nothing is going to go away. thats the Videotape is the one thing you had to make Sure they don't destroy. then the Court Stated that there is an Order in there keep Preserve the Videotape, then the court Stated that it will be transfer to the (Y) docket. that the Plaintiff, Luis Angel Salaman don't have to do anything until he is Called in to court.

(18)

41.    . On July 20th, 2016 the Plaintiff, Luis Angel Salaman had a court
date in the Part A. Superior court in New Haven CT at
235 Church St. New Haven, CT 06510, while at court the
Plaintiff, Luis Angel Salaman, was offered a plea deal of
(6) years after (3) years with (2) years of probation the
State Attorney Lisa D' angelo filed a motion to have
all the plaintiff, Luis Angel Salaman's bail's revolked and
the court did so and placed him under arrest setting
his bail now at $650.000. the plaintiff, at this time
put his Attorney Richard P. Silverstean on notice of
the G.A. 23 Superior courts order to preserve all
Video tapes of the whole incident on April, 22nd, 2016
and he stated that he would look into it.

42.    . While being housed at the macdougall corr. inst. at 1153
east Street South, Suffield, CT 06080 on oct. 7th, 2016
the plaintiff, Luis Angel Salaman, filed a civilian
Complaint with the New Haven police Dept. internal
affairs unit. on oct. 19th, 2016 the plaintiff, Luis Angel
Salaman was sent a letter by the Defendant, Lt. Racheal
Cain Stating the office of internal affairs in in receipt of his
Complaint involving city of New Haven police officers, an
investigation concerning his allegations has been opened
and assigned case No.# 062-16-C. Sgt. carlos maldonado
is the investigator and will be in contact with him the
Plaintiff, Luis Angel Salaman to advise him of its status.

43. . but the plaintiff, Luis Angel Salaman was never contacted at at by the Defendant, Sgt. Carlos maldonado at all. On November 18th, 2016 the plaintiff, Luis Angel Salaman was called to court, while at the part A. Superior Court in New Haven he met with his Attorney Richard P. Silverstean and he asked Attorney Silverstean about the preserved video tape that was ordered by the courts and he stated he had it but didn't look at it and told the plaintiff, Luis Angel Salaman that he needs to concider taking the (3) year plea deal and that he would also have to plea to Assault on a police officer because of the Crash on April 22nd, 2016.

44. . Attorney Silverstean further stated because defendant, officer James Murcko was hurt on the crash, the plaintiff, Luis Angel Salaman told Attorney Silverstean that he did not cause this officer any harm at all in fact  he is lying and not being bruthful and the preserved video tape from the traffic cams that was ordered by the courts on April 27th, 2016 well show that things did not happen the way Defendants, officers, Joseph Gallvan, Garry monk, and James murcko are Clasming. this case was more personal than anything I Know it.

20

45. the officer crashed into me and caused this whole accident the video will prove it all. right then and there the plaintiff, Luis Angel Salaman knew that his attorney Richard P. Silverstean was up to no good and asked to be brought up to court to see the judge he did and the plaintiff, Luis Angel Salaman fired attorney Richard P. Silverstean for conflick of intrest and after the court heard the claim found attorney Richard P. Silverstean to be in conflick of intrest he was taken off of all the pending cases. then the plaintiff, Luis Angel Salaman told the court that his 2014 jury trial case was fabricated by defendant, officer Luis Lopez because the plaintiff, Luis Angel Salaman dated his ex-girlfriend.

46. the court at this time stopped the plaintiff, Luis Angel Salaman from talking and stated he needed an attorney and appointed him Special Public defender Beth A. merkin which at that moment she came and met with the plaintiff, Luis Angel Salaman very brife also the plaintiff, Luis Angel Salaman also met with the public defenders investigator as well Jane doe and I was told that it was going to take some time to look into all the pending files to see what going on because I have been on the docket for too long and alot of times.

47. On December 2nd 2016 the Plaintiff, Luis Angel Salaman met with his new attorney Beth A. Merkin in the courthouse and discussed the videotape that was ordered to be preserved and about how defendant, officer Joseph Galvan was not being truthful in his police report and that it is believed that this April 22nd, 2016 case was also fabricated and I was targeted by defendants, officers, Luis Lopez, Joseph Galvan, Garry monk and James murcko. attorney beth A. merkin told the plaintiff, Luis Angel Salaman that She would mail him all the documents that she has from the State on discovery.

48. On December 19th 2016 the Plaintiff, Luis Angel Salaman's Attorney, Beth A. merkin sent him by mail a full copy of Defendants, Joseph Galvan and James murcko's police reports from April, 22nd 2016 the 12 page police report that was filed by defendant, Joseph Galvan on April, 22nd, 2016 at the time it was filed it did not have the defendant, James murcko's 2 page Supplemental report on it because defendant, James murcko did not file it till August 4th 2016 also the plaintiff, was given with these reports a connecticut uniform police crash report filed by Defendant, Sgt. Sean maher that was filed by him on July 28th, 2016.

22

49.    While reading defendants, officers, Joseph Galvan and
James murckos police reports the plaintiff, Luis Angel
Salaman knew right away that something was not right
and both the defendants, officers, Joseph Galvan and
James murckos reports were contradicting to one
another and inconsistent as to what really happend
on April 22nd, 2016 when defendant, James murcko
intentionally Assaulted and battered the plaintiff,
Luis Angel Salaman in the 1st degree      under conn.
comon law by using his police car #52 as a weapon
to recklessly and violently crash into the rear of
the plaintiff, Luis Angel Salaman car over and over

50.     it is believed that defendants, officers Joseph Galvan and
James murcko were trying to cover up the true facts
as to what really happend on April 22nd, 2016 by writing
false inconsistent reports as to how defendant, officer
James murcko was hurt by the plaintiff, Luis Angel
Salaman in the crash in defendant, officer, Joseph
Galvan's police report dated April 22nd, 2016, defendant,
officer, Joseph Galvan stated, ... defendant, officer Garry
monk positioned the marked police cruiser #33 on the
center lane as they made a right onto Sargent drive,
traveling Southbound and that it should be noted at
that time, the Saab had reduced it's speed.

51.     then he went on to say the Saab increased speed and slowed down rapidly many times in a short period of time. that it is his belief the operator of the Saab, soon after identified as the plaintiff, Luis Angel Salaman, was doing this to attempt to go around the marked police cruiser #33 to enter the entrance of the on ramp to interstate I95 southbound which was across the northbound lanes on Sargent drive. and that the plaintiff, Luis Angel Salaman was unable to maneuver the red colored Saab around their police cruiser, so it continued straight southbound on Sargent drive towards the intersection of

52.     Long Wharf drive. and that it should be noted, while on Sargent drive, that the plaintiff, Luis Angel Salaman recklessly maneuvered the Saab in and out of traffic causing several vehicles to come to an abrupt stop in the meddle of the road. then he further stated once passed the entrance to the I95 south on ramp that the plaintiff, Luis Angel Salaman maneuvered the Saab behind their police cruiser #33 in an attempt to go against traffic onto the northbound lanes of Sargent drive. during this maneuver, that the plaintiff, Luis Angel Salaman vehicle the Saab struck officer murckos police cruiser #52

(24)

53. When reading defendant, James murcko's police report dated August 19th, 2016 defendant, officer James murcko stated that defendants, officers Joseph galvan and garry monk were right behind the plaintiff, Luis Angel Salaman with their lights and sirens on and defendant, officer James murcko stated that he was right behind them. and that the plaintiff, Luis Angel Salaman turned right onto the church street extension and right onto sargent drive. the defendant, officer James murcko stated that the plaintiff, Luis Angel Salaman was driving in and out of traffic, speeding up and slowing down nearly causing a lot of accidents. that the plaintiff, Luis Angel Salaman was driving in the far right lane and that defendant, officer Joseph galvan was directly to the left along side of the plaintiff, Luis Angel Salaman.

54. then he went on to further state that the plaintiff, Luis Angel Salaman slammed on his brakes and defendant, officer Joseph galvan was now in front of the plaintiff, Luis Angel Salaman and him self and that they were both traveling in the West bound lane and that the plaintiff, Luis Angel Salaman continued to change lanes driving recklessly crossing lanes onto oncoming traffic. then he stated as the plaintiff, Luis Angel Salaman went into the far right lane that he sped up to the left side of the plaintiff, Luis Angel Salaman, to keep him from driving on the wrong side of the road to prevent him from striking oncoming traffic. then he stated as they approached the entrance to

I95 South on ramp, that the plaintiff, Luis Angel Salaman, Sped up and abruptly turned left Striking his Vehicle in what appeared to be an attempt to enter the I95 on ramp.

55. defendant, James murcko then Stated that the Plaintiff, Luis Angel Salaman continued driving Straight towards Long Wharf and that he Saw Smoke coming from the front of the Plaintiff, Luis Angel salaman's Vehicle and it was Slowing down, that the Plaintiff, Luis Angel Salaman turned left towards the underpass of Long Wharf where his Vehicle broke down from the impact it had from Striking his police car #52. Defendant, officer James murcko further Stated that his patrol Car #52 had damage to the front right Side, to include a broken signal light and cracked bumper, and that the red Saab had damage to the front left bumper and fender.

56. defendants, officer Joseph galvan and James murcko both gave inconsistent false Statements in an attempt to hide the truth as to what really happend and the fact that defendant, officer James murcko intentionally assaulted and battered the Plaintiff, Luis Angel Salaman and the plaintiff, Luis angel salaman Knew Something was not right about all this and needed to get the Video tapes from the traffic light cameras from Sargent drive and long Wharf to prove that these defendants were covering up for one another and not being truthful at all in what they were both stating in their police reports that were filed and signed under oath.

57. defendant, officer James murcko made a claim in his police report dated August 19th, 2016 that he saw smoke coming from the front of the plaintiff, Luis Angel salaman's vehicle and that the vehicle broke down from the impact it had from striking his police car #52 the he went on to say that the plaintiff, Luis Angel Salaman's vehicle the red saab had damage to the front left bumper and fender. this is a lie and an attempt by the defendant, officer James murcko to justify the fact that he intentionally and recklessly assaulted and battered the plaintiff, Luis Angel Salaman by crashing his police car #52 and the red saab never had any damage to the front left bumper and or fender like he claimed

58. In fact the red saab has lots of damage to the rear bumper and rear drivers side quarter panel with white paint from the defendant, James murcko's police car #52 showing that he did in fact and illegally crashed his police car #52 more than once into the red saab in violation of conn. comon law C.G.S. 14-240; 14-218a and 14-283o. and now he is trying to cover it all up by saying that the plaintiff, Luis Angel salaman struck his police car #52 when he attempted to get on the I-95 on ramp on sargent drive and this never happend at all because defendant, officer joseph galvan stated in his report that he was along side of the red saab and that they both passed the I-95 south on ramp and that the red saab struck the

28

59. defendant, James murcko's police car #53 further down the road Just a little after they both passed the I95 South, on ramp and defendant, officer Joseph galiuan wrote this in his report to cover the fact that defendant, officer James murcko illegally and intentionally crashed into the red Saab way before the I95 South on ramp in fact he crashed into the red Saab while it was broken down and already parked on the right hand Shoulder of Sargents drive with defendants, officer's, Joseph galiuan and Garry monk already parked on the Center lane next to the Red Saab not doing anything Just Sitting in police car #33 as if they knew already what defendant, officer James murcko was going to do

60. this is why the plaintiff, Luis Angel Solomon had the court present all the traffic camera video tapes to show that defendant, James murcko recklessly and illegally crashed his police car #53 into the red Saab more than once and intentionally assaulted and battered the plaintiff, Luis Angel Solomon and then tryed covering it up by not being truthful in his police report both him and defendant, Joseph Galiuan because they both gave different Statement as to what really happen on April 22, 2016 on Sargent drive, it is believed that defendants, officer's James murcko, Joseph galiuan and Garry monk planed and conspired this attack on the plaintiff, Luis Angel Solomon under the order of defendant, Detective LuiS Lopez .

61. On Jan. 9th, 2017 the Plaintiff, Luis Angel Salaman posted bail from the macdaugall corr. inst. Some time after that in January 2017 he went to the New Haven police Dept. internal affairs office for an up date on his civilian complaint that he filed on oct. 7th, 2016 because since the time he filed it on oct. 7th, 2016 no one from the internal affairs unit or Defendant, Sgt. carlos maldonado has not seen him or interviewed him on his complaint for police misconduct or police brutality, once at the internal affairs unit, he was told by the clerk Jane doe, that Lt. Racheal cain would be contacting him soon but never did.

62. On Feb. 2017 the plaintiff, Luis Angel Salaman tried to contact Defendant, Lt. Racheal cain about the up date on his civilian complaint case No. 062-16-C by phone but never got an answer, so a few days went by and the Plaintiff, Luis Angel Salaman, went down to the New Haven police Dept. internal affairs office in person and the clerk Jane doe gave a letter to the Plaintiff, Luis Angel Salaman dated Jan, 20th, 2017 by Defendant, Sgt. carlos maldonado stating that his complaint is being closed as unfounded because he determined that no Dept. policies were violated by the involved police officers or supervisors, the Plaintiff, Luis Angel Salaman was very upset about this

(29)

63. and the fact that nobody from the Internal affairs unit or office bothered to even contact him or interview him in this matter let alone to properly investigate his complaint he felt Very helpless and that there is never any type of Justice for the people / Civilians when police officers do Wrong. at this point the plaintiff, Luis Angel Salaman Started to believe that his rights didn't matter to these people the facts are that no matter what cops are always going to look out for cops wether right or wrong. So The plaintiff, Luis Angel Salaman left it at that.

64. In Feb. or so of 2018 the plaintiff, Luis Angel Salaman met with his criminal Attorney beth merkin at her office in the court house at 235 Church St. New Haven, CT 06510 and She asked the plaintiff, Luis Angel Salaman, if he had filed a complaint / civilian complaint With the Internal affairs office on the incident that took place on April 22nd, 2016 With Defendants, officers, James murcko, Joseph Galvan and Garry monk. the plaintiff, Luis Angel Salaman Stated yes and She asked what was the outcome of that civilian complaint. the plaintiff, Luis Angel Salaman Stated to her "the Same as always cops helping cops and covering for one another and that they just gave him a letter Stating they are closing the case out thats it.

65. then attorney beth merken asked the plaintiff, Luis Angel salaman thats all you got and he stated yes and gave her a copy of the letter dated 1-20-2017 by Defendant, Sgt. Carlos maldonado. then attorney beth merken asked the plaintiff, Luis Angel Salaman if he was given a copy of Summary report with that letter dated 1-20-2017 by Defendant, Sgt. Carlos maldonado the plaintiff, Luis Angel Salaman stated no just the letter dated Jan. 20th, 2017 why (?) and at this point Attorney beth merken hands the plaintiff, Luis Angel Salaman a copy of Defendant, Sgt. Carlos maldonado Summary report dated Jan. 7th, 2017 RE: Internal affairs Case No. 062-16-C to Defendant, Lt. Racheal cain

66. as the plaintiff, Luis Angel Salaman read this Summary report that was filed on Jan. 7th, 2017 by Defendant, Sgt. Carlos maldonado he became very upset and felt like there infact was a cover up going on within the New Haven police Dept. and the internal affairs unit and knew right away that defendant, Sgt. Carlos maldonado deliberately and intentionally didn't investigate any of the facts or claims in the plaintiff, Luis Angel Salaman civilian complaint it is believed that he was coving up for the N.H.P.D. and its named officers in the civilian complaint as the New Haven police always has had a history of police corruption within its department(s)

67. the plaintiff, Luis Angel Salaman told attorney beth merkin I told you from day one that defendant, detective Luis Lopez some way some how was all over this incident on April, 22nd 2016, the plaintiff, Luis Angel Salaman told Attorney beth merkin he knows he seen defendant, officer Joseph Galvan waving something in his hand as if showing something to defendant, officer James murcko and shouting "Call" Lopez" tell him we got him and the plaintiff, Luis Angel Salaman told Attorney beth merkin that he knew then that some how defendant, detective Luis Lopez on April 22nd, 2016 was involved in this case but at the time he could not prove it until this Summary Report was filed by defendant, Sgt. Carlos maldonado on Jan. 7th, 2017.

68. and he was now seeing it because she some how got her hands on it and now he can prove that this attac on him by Defendants, James murcko, Joseph Galvan, Garry monk and Detective Luis Lopez was being over looked and covered up by Defendants, Sgt. Carlos maldonado and Lt. Rached Cain. in this Summary report filed by defendant, Sgt. Carlos maldonado it stated that he accessed the police audio log and listen to the recorded Radio transmissions of April 22nd, 2016 pertaining to this incident, that at 7:54:49 pm Defendant, officer James murcko informs dispatch that

69. he is at Liberty Street by union Ave. with a red Saab 20E that Defendant, officer, Joseph Galvan and Garry monk informed dispatch that they are about to pull up.

70. At 7:55:34 pm defendants, officers Joseph Galvan, and Garry monk informs dispatch that the vehicle is taking off.

71. At 7:56:15 pm defendants, officers Joseph Galvan and Garry monk state the vehicle is making a right turn onto Sargent drive. S-29 defendant, Sgt. Sean maher asked whats the car wanted for (?) and that someone stated a drug investigation and that defendant, detective Luis Lopez wants him

72. at this moment the plaintiff, Luis Angel Salaman looked at his attorney beth merkin and said I told you defendant, detective Luis Lopez was involved in this incident on April 22nd, 2016 and conspired in this attac on him by defendants, officers James murcko, Joseph Galvan and Garry monk, they all left out the part that the plaintiff, Luis Angel Salaman was wanted for a drug investigation and that defendant, detective Luis Lopez wants him in all of the police reports filed

(33)

73. on April, 22nd 2016 by defendant, officer Joseph Galvan and on August 19th, 2016 by defendant, officer James murcko infact on April. 22nd 2016 defendant, officer Joseph Galvan Stated in his sworn police report that it should be noted that defendant, officer James murcko advised him the original reason for the motor vehicle stop for the Plaintiff, Luis Angel Salaman was because the Saab did not have a proper illuminated marker plate in violation with CT statute 14-18 and that charge was later added to the Plaintiff, Luis Angel Salaman's Charges but never did once defendant, Joseph Galvan mention in his sworn police report that the allege stop had anything to do with

74. any type of drug investigation or that defendant, detective Luis Lopez wants him as stated in the police dispatch calls by defendants, officers James murcko and Joseph Galvan or Garry monk on April 22nd, 2016 further on defendant, officer James murcko's sworn police report dated August 19th, 2016 he too stated that he observed a red Saab traveling west on putnam street, that the vehicle did not have the rear marker plate illuminated and that he got directly behind the red saab and followed it onto liberty Street and immediately actuated his lights and sirens. this was allegedly the sole reason for him stopping the

(34)

75. red Saab but he too like defendant, officer Joseph galvan failed to mention in his Sworn police report that the red Saab was wanted for allegedly a drug investigation or that defendant, detective Luis Lopez wanted the Plaintiff, Luis Angel Salaman and the fact that defendant, detective Luis Lopez illegally sent defendants, officers, James murcko, Joseph Galvan and Garry monk to attac the plaintiff, Luis Angel Salaman in the way that they did causing him to be assaulted and batter by defendant, officer James murcko when he illegally crashed his police car #52 into the plaintiff, Luis Angel Salaman more than once.

76. defendant, Sgt. Carlos maldonado further stated in his Summary report dated Jan. 7th, 2017 I A's case No. 062-16-C to defendant, Lt. Racheal cain stated in addition to the Stop and motor vehicle violations observed by defendant, officer James murcko, that defendant, detective Luis Lopez also had intrest in the vehicle for narcotic violations, that defendant, detective Luis Lopez is currently assigned to the D.E.A. task force and that defendant, Sgt. Sean maher discussed with defendant, detective Luis Lopez protocol in utilizing patrol officers for such investigations. now every thing was coming together as to why things happend the way they did

(35)

77. defendant, detective Luis Lopez was continuing harassing
and retaliating against the Plaintiff, Luis Salaman
because at the very same time this incident took
place on April 22nd, 2016 the Plaintiff, Luis Angel
Salaman was awaiting a Jury trial for a criminal
case that was fabricated against him on July 26, 2014
on N.H.P.D. case No. 14-38935 for dating defendant,
detective Luis Lopez ex-girlfriend Nitza Lopez.
defendant, detective Luis Lopez was the Arresting officer
in that case and now it all made sence why he illegally
was using and or utilizing patrol officers on April 22nd,
2016 to do his dirty work for him because he knew he
couldn't do it him self because of the pending Jury trial he
was on with the plaintiff, Luis Angel Salaman.

78. and is the same reason that defendants, officers, James
murcko and Joseph Galvan tried so hard to keep
defendant, detective Luis Lopez name or the real
reason for this allege stop on April 22nd, 2016 out
of all police reports which is illegal to do under
the common law in the State of conn., public policy,
and the New Haven police Dept's policy on report writing.
these named defendants planned this all out and in
the process abbaced    the Plaintiff, Luis Angel Salaman
in such a way that it led him to be assaulted and batter
by the defendant, James murcko it is also it is

(36)

79. believed that defendant, officer James murcko
deliberately and intentionally Assaulted and batter
the Plaintiff, Luis Angel Salaman when he crashed
his police car #52 into the red Saab more than once
to later on claim that the plaintiff, Luis Angel Salaman
Crashed into him and caused him to get hurt on the
Job So that he can defraud the city of new Haven conn.
and the New Haven police Dept. into paying for his allege
leg / knee injury because in the Past he has tried to
get his leg / knee operated on, on the expense of the
City of New Haven conn. and the New Haven police Dept.
by way of workers medical insurance and workmens comp.

80. it is believed that defendant, James murcko after planing this
attac on the Plaintiff, Luis Angel Salaman with the defendants,
officers, Joseph Galvan, Garry monk and detective Luis Lopez
he seized an opportunity to claim that the plaintiff, Luis
Angel Salaman Caused him an injury to his leg / knee
So that the city of new Haven conn. can now pay
for his surgery, a surgery that is believed that he
has been trying to get since 2014 for an unrelated
work injury and this is something that defendant, Sgt.
Carlos maldonado knew all to well and didn't do any
thing about it or even bother to properly investigate
all the facts into the complaint that the plaintiff, Luis Angel
Salaman filed on oct. 7th, 2016, defendant, Sgt. Carlos maldonado

81.  had access to all police Reports that were filed on April 22nd,
2016 and August 19th, 2016 by defendants, officers James murcko,
and Joseph Galvan he knew that these defendants were
not being truthful in their police reports and that they all
illegally made false reports and try to cover the fact that
they all conspired with defendant, detective Luis Lopez
to violate the plaintiff, Luis Angel Salaman constitutional
right and to continue to harass and rebaliate against
him. and defendant, Sgt. Carlos maldonado chose
to claim that the defendants, officer James murcko,
Joseph Galvan and Garry monk and Sgt. Sean maher
did not violate any Department policies so that he can
close the complaint in order to hide the true facts.

82.  that he himself uncovered the fact that defendants,
officer James murcko Joseph Galvan and Garry monk
planned this attac on the plaintiff, Luis Angel Salaman
and then wrote false statements / police reports to
cover it all up and they all failed to report that
defendant, detective Luis Lopez was involved in
all this and they tried to hide it then defendant,
Sgt. Carlos maldonado put his summary report together
for defendant, Lt. Racheal cain to sign off on it as
being true and to close it out and this was
wrong for them to do they both knew that these
defendants violated more than one Department policy in all this.

(38)

83. further defendant, Sgt. Carlos maldonado Claimed in his summary report dated Jan. 7th, 2017 that he also read the reports of defendants, officers James murcko and Joseph Gulvan also he knew that these defendants, after hearing the dispatch calls that stated that the vehicle is wanted for a drug investigation and that detective Lopez wants him kept a lot of vital information out of their sworn police reports and knew that some thing was not right when both police reports of defendants, officer James murcko and Joseph Galvan didn't match up also defendant, Sgt. Carlos maldonado stated in his summary report that

84. defendant, Sgt. Rose Dell who utilizes traffic camera footage for accident reconstruction investigations, informed him that the footage is stored for two weeks. that the incident occurred on April 22nd, 2016 and that the plaintiff, Luis Angel Salaman filed a complaint with the office of the internal affairs on Oct. 7th, 2016 as if almost saying that the plaintiff, Luis Angel Salaman took to long to file the complaint and there is no video, but what defendant, Sgt. Carlos maldonado failed to realize is that on April 29th, 2016 7 days after the incident on April 22nd 2016 the plaintiff, Luis Angel Salaman went to his court date at the G.A. 23 Superior Courthouse in New Haven conn. and requested to have said video

(39)

85. of the incident on April 22nd, 2016 preserved and Judge Scarpellino put a court order to have it preserved and it was. further it was the defendant, Sgt. Rose Dell's job and duty to view all traffic camera footage of the incident on April 22nd 2016 for accident reconstruction and investigation given the fact that it was an accident involving a civilian and police officer and even more so that defendant, officer James murcko claimed he got hurt so bad that he had to get surgery done on his knee and was out of work for some time and the plaintiff, Luis Angel Salaman was charged with Assault on a peace officer Gen. Stat. 53a-167C which was later dropped.

86. It is believed that defendant, Sgt. Rose Dell seen this video and after seeing it realized that defendants, officers James murcko and Joseph Galvan both made false reports and defendant, officer James murcko did in fact recklessly, deliberately and intentionally assaulted and batter the plantiff, Luis Angel Salaman by crashing his mark police car #52 into him more than once and defendant, Sgt. Rose Dell knew this and knew that both the defendant, officer James murcko and the plantiff, Luis Angel Salaman were both taken to the hospital with injuries from this incident that should of been even more of a reason to keep the video.

(40)

87. On July 25th, 2018 the plaintiff, Luis Angel Salaman filed another civilian complaint with the New Haven Police Dept. internal affairs unit. this time on defendant, Sgt. carlos maldonado for covering up the misconduct of defendants, officers, James murcko, Garry monk, detective Luis lopez and Sgt. Sean maher as well as Sgt. Rose Dell, at this time the Plaintiff, Luis Angel Salaman did not get an answer back at all from the New Haven police Dept. internal affairs unit in regards to his New civilian complaint dated 7/25/2018

88. On oct 25th 2018 the plaintiff, Luis Angel Salaman wrote a letter to the New Haven police Dept. internal affairs unit request to know no one from that Dept. has not contacted him in regards to his New complaint dated July 25th, 2018 on Nov. 19th, 2018 two internal affairs officer's Jane doe and John doe Came to interview the plaintiff, Luis Angel Salaman at the corrigan corr. cent. 986 Norwich New London Tpke uncasville, CT 06382 about his New civilian complaint dated 7/25/2018 in this interview internal affairs officer Jane doe told the plaintiff, Luis Angel Salaman that She was going to close the case/complaint out because he has already raised these Same Issues in his first complaint dated Oct. 7th 2016

89. the plaintiff, Luis Angel Salaman stated to internal affairs officer Jane doe that he did not infact raised the same issues from his new civilian complaint dated July 7th, 2018 in his first civilian complaint dated oct. 7th, 2016 infact he stated to Jane doe that his first civilian complaint from oct. 7th 2016 was on defendants, officers, James murcko, Joseph Galvan, Garry monk and Sgt. peter mckoy and when he the plaintiff, Luis Angel Salaman obtained a copy of defendant, Sgt. Carlos maldonado's summary report dated Jan. 7th, 2017 from his attorney beth merkin is the first time that he learned that defendant, detective Luis Lopez was involved in this inciden on

90. April 22nd, 2016 with the defendants, officers James murcko, Joseph Galvan, Garry monk and Sgt. Sean maher further he stated to Jane doe that it was the first time he learned through this summary report that defendant, Sgt. Sean maher had discussed with defendant, detective Luis Lopez protocol on utilizing patrol officers for such investigations, meaning when defendant, Sgt. Carlos maldonado stated in this summary report that he listened to the police dispatch calls from April, 22nd, 2016 and heard defendant, Sgt. Sean maher ask whats the vehicle is wanted for (?) and that someone stated a drug investigation and that defendant, detective Luis Lopez wants him.

(42)

(43)

91.    When at no time in this Police dispatch call(s) did any of
the defendants, officers, James murcko, Joseph Carluvan and
Garry monk State What they all wrote in their Sworn
Police reports about the reason for pulling the red Saab
over which was that it allegedly didnt have a proper
illuminated marker plate. the only thing that defendant,
Sgt. Carlos maldonado States in his Summary report as
that he heard the dispatch calls by the defendants,
officers, James murcko, Joseph Carluvan, Garry monk
and Sgt. Sean maker when asked whats the vehicle
wanted for that Some one States a drug investigation
and that defendant detective Lues Lopez wants him
Something that they all failed to mention in a their Police reports.

92.    and the plaintiff Lues angel Salaman further Stated to Jane doe
third defendant, Sgt. Carlos maldonado Stated in his Summary
report that he failed to attorney Richard Silverstein about the
Video footage pertaining to the incident and that attorney
Silverstein did not know of any and told him that prosecutor
Lisa D'angelo may have knowledge if video footage doe
exist. Sgt. maldonado further Stated that he spoke to Lisa
D'angelo who Stated she had no knowledge of video
Surveillance footage having been obtained and the plaintiff,
Lues Angel Salaman Stated to Jane doe that Lisa D'angelo
had to know about the video footage because on April 29th, 2016
the court put an order to have this footage to be

93. preserved so Someone has the video footage or seen it
and seen that the defendants, officers James murcko,
Joseph Galvan and Garry monk were not being truthful
in their police reports as to how things really happend
and made the video go away some how because there
is no way that a Judge is going to give a court order
to preserve said video footage and no one listens to
the Courts order. further the Plaintiff, Luis Angel Salaman
States to Jane doe that the defendant, Sgt. Carlos
maldonado Stated in his summary report that defendant,
Sgt. rose Dell utilizes traffic camera footage for
accident reconstruction investigations,

94. and informed him that the footage is stored for two
weeks. and that the incident occurred on April 22nd, 2016
and the Plaintiff, Luis Angel Salaman filed a complaint with
the office of internal affairs on Oct. 7th, 2016 So the
Plaintiff, Luis Angel Salaman told Jane doe Some one is
trying to cover something up because on April 29th, 2016
7 days after this incident the Judge in the Superior
courthouse G.A. 23 placed a court order in his
criminal court file to have that video footage
preserved and defendant, Sgt. rose Dell knew that
there was a civilian and police car accident and
both civilian and police officer had to be taken to the
hospital for injuries and the defendant, officer James murcko

(44)

95. is claiming that the plaintiff, Luis Angel Salaman crashed into him causing him to get hurt to the point that he needed to get surgery and the plaintiff, Luis Angel Salaman was claiming that his car was already parked on the side of the road no working or on when defendant, officer James murcko recklessly, deliberately and intentionally crashed into his already broken down car more than one and assault and batter him over and over with no regards for his safety or that of the public. So you would think that defendant, Sgt. rose Dell would have kept or made a copy of the video footage that was so order to be preserved by the court.

96. and Jane doe stated that she was still going to close the complaint out and didn't even bothered to investigate or anything and the plaintiff, Luis Angel Salaman told Jane doe that no matter what his new complaint was on new defendants that where discovered from defendant, carlos maldonado's summary report from his first complaint so she had it all wrong as to why she was closing it out and that he expected that anyways cops are always going to look out for cops wether right or wrong.

(45)

97. the defendant, States Attorneys office knew that its agents defendants, officers James Murcko, Joseph Galvan, Sgt. Rose Dell, Sgt. Sean maher, Sgt. Carlos maldonado, Lt. Rocheal Cain were all covering up this police misconduct and did nothing about it also the defendant, States Attorneys office failed to bring forth the truth by properly preserving the court order video footage of the incident on april 22nd 2016 and failed to act on defendant, detective Luis Lopez misconduct when the States Attorneys office knew of his wrong doings and the fact that he did all this while on Jury trial with the Plaintiff, Luis Angel Salaman and did nothing about it.

## EXHAUSTION OF LEGAL REMEDIES

98. the plaintiff, Luis Angel Salaman used the civillian complaint procedure available at the New Haven police Dept. internal affairs unit to try and solve the problem. On oct. 7th, 2016 the plaintiff, Luis Angel Salaman presented the facts relating to this complaint. on Jun. 20th, 2017 there was a letter to the Plaintiff, Luis Angel Salaman with a response saying that his complaint is being closed as unfounded because defendant, Sgt. Carlos maldonado determined that no dept. policies were violated by the involved officers or supervisors later on in Feb 2018 the plaintiff, Luis Angel Salaman's Attorney beth merkin gave him a copy of defendant, Sgt. Carlos

maldonado's summary report having to do with the civilian complaint dated oct. 7th 2016 that was denied and the Plaintiff, Luis Angel Salaman learned of other defendants wrong doings and misconduct so on July 25th, 2018 he filed another civilian complaint with new issues and claims that were obtained through this summary report dated Jan. 7th, 2017 by defendant Sgt. carlos maldonado. On Nov. 19th, 2018 two internal affairs officers Jane doe and John doe came to visit the plaintiff, Luis Angel Salaman to only tell him that his new complaint was also going to be closed out as well.

## LEGAL CLAIMS

99. Plaintiff, Luis angel Salaman reallege and incorporates by reference Paragraphs 1-99.

100. defendant, officer James murcko used excessive force against the plaintiff, Luis angel Salaman by recklessly, deliberately and intentionally crashing his police into the plaintiff's car while it sat broken down on the side of the road not violating any state laws and was not doing anything to cause defendant, officer James murcko to assault and batter the plaintiff over and over. defendant, officer James murcko's action violated and continues to violate the plaintiff, Luis angel Salaman rights under the Eighth Amendment to the united states constitution and caused the plaintiff, Luis Angel Salaman

47

pain, suffering, physical injury and emotional distress.

101. by witnessing defendant, officer James murcko's illegal actions and failing to correct or report that misconduct, and encouraging the continuation of the misconduct, defendants, officers Joseph Galvan and Garry monk is also violating the plaintiff, Luis angel Salaman's rights under the eighth Amendment to the united states constitution and causing the plaintiff, Luis Angel Salaman Pain, suffering, physical injury and emotional distress.

102. defendant, officer James murcko used excessive force against the plaintiff, Luis Angel Salaman by illegally grabbing him by the testicles while he was handcuffed, defendant, officer James murcko's action violated the plaintiff, Luis angel Salaman's rights under the eighth Amendment to the united states constitution, and caused the plaintiff, Luis angel Salaman pain, suffering, physical injury and emotional distress.

103. by witnessing defendant, officer James murcko's illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, defendant, sgt. Sean maher is also violating plaintiff, Luis Angel Salaman's rights under the eighth amendment to the united states constitution and causing.

the plaintiff, Luis Angel Salaman pain, suffering, physical injury and emotional distress.

104  defendant, detective Luis Lopez retaliated against the plaintiff, Luis Angel Salaman for taking his July 2014 fabricated case to trial and for dating his ex girlfriend and continued to harass the plaintiff, Luis Angel Salaman by not following Police Dept. protocol in utilizing patrol officers for such retaliatory acts defendant, detective Luis Lopez action violated the plaintiff, Luis Angel Salaman rights under the first Amendment of the United States constitution were violated through the use of retaliation by patrol officers.

105.  by witnessing defendant, detective Luis Lopez illegal actions, failing to correct that misconduct, and encouraging the continuation of the misconduct, defendants, officers James Murcko, Joseph Galvan, Garry monk, Sgt. Seah maher, Sgt. Carlos maldonado, Lt. Racheal Cain and the States Attorneys office is also violating the plaintiff, Luis Angel Salaman's rights under the eighth Amend., First Amend. and 14th Amend. to the United States const. from cruel and unusual punishment inflicted, the right to petition the government for a redress of grievances., the right to due process of law and the right not to be deny within its jurisdiction the equal protection of the law

(49)

106.    defendant, Sgt. carlos maldonado failed to properly investigate all the facts into the plaintiff, Luis Angel Salaman civilian complaint when he knew misconduct had infact been comitted by defendants, officers, James murcieo, Joseph galvan, Garry monk and detective Lopez Luis, and Sgt. Rose Dell, defendant, Sgt. Carlos maldonados actions violated the plaintiff, Luis Angel Salaman rights under the the 1st Amend. to petition the government for a redress of grievances., and the 14th Amend. to the united states const. to due process of the law and equal protection of the laws.

107.    by witnessing defendant, Sgt. carlos maldonados illegal action, and failing to correct that misconduct, and encouraging the continuation of the misconduct, defendant, Lt. racheal caen is also violating the plaintiff, Luis Angel Salaman rights under the 1st Amend. and 14th Amend. to the united states constitution.

108.    defendants, Sgt. rose Dell and the States Attorneys office failed to properly preserve the video footage that was ordered to be preserved by the courts defendants, Sgt. rose Dell and the States Attorneys office's actions violated the plaintiff, Luis Angel Salaman rights under the united states const. the 14th Amend. to due process of law and the equal protection of the laws.

(50)

109. the plaintiff, Luis Angel Salaman has no plan, adequate or complete remedy at law to redress the wrongs described herein. the Plaintiff, Luis Angel Salaman has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff, respectfully Pray that this court enter Judgment:

110. Granting plaintiff, Luis Angel Salaman a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the united states, and

111. A preliminary and permanent injunction ordering defendants, officers, James murcko, Joseph Galvan, Garry monk, detective Luis Lopez, Sgt. Sean maher to cease their physical violence and retaliation towards the plaintiff, Luis Angel Salaman, and

112. Granting plaintiff, Luis Angel Salaman compensatory damages in the amount of $ 350.000 against each defendant, Jointly and Severally.

113. Plaintiff, Luis Angel Salaman seeks punitive damages in the amount of $750.000. the Plaintiff, Luis Angel Salaman seeks these damages against each defendant, jointly and severily.

114. Plaintiff, Luis Angel Salaman also seek a jury trial on all issues triable by jury.

115. Plaintiff, Luis Angel Salaman also seek recovery of his cost on this Suit, and

116. any additional relief this court deems just proper and equitable.

DATE: <u>April, 8th, 2019</u>

Respectfully Submitted,
Luis Angel Salaman #262626
Corrigan corr. cent.
986 Norwich-New London Tpke.
Uncasville, conn. 06382

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Uncasville, Conn. on April 8th, 2019

BY: _____ #262626
      Luis A. Salaman #262626

53